CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Single Stick )
2046 W Rose Garden Lane )
Phoenix, Arizona  85027 )
)
            Plaintiff )
)     Civil Action No. _____
       v. )
)
Michael Johanns, Secretary of )
Agriculture, and the United States )
Department of Agriculture )
1400 Pennsylvania Avenue, S.W.
Stop 0506
Room 3621-S
Washington, D.C.  20250-0506

           Defendant

## CERTIFICATE UNDER LCvR 7.1

    I, the undersigned, counsel of record for  Single Stick, Inc., _____

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of  Single Stick, Inc. _____ , which have any outstanding securities

in the hands of the public.  None _____

_____

_____

    These representations are made in order that judges of this court may determine the need for recusal.

                                     Attorney of Record

                                     _[signature]_____
                                     Signature

400153 _____     Reed D. Rubinstein _____
Bar Identification Number                       Print Name

American LegalNet, Inc.
www.USCourtForms.com

| 800 Connecticut Avenue, N.W. |   |   |
|---|---|---|
| Suite 500 |   |   |
| Address |   |   |

| Washington | DC | 20006 |
|---|---|---|
| City | State | Zip |

(202) 533-2314
Telephone Number

American LegalNet, Inc.
www.USCourtForms.com