UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC.<br>2046 W Rose Garden Lane<br>Phoenix, AZ 85027<br><br>　　　　　　**Plaintiff**<br>　　v.<br><br>MICHAEL JOHANNS, Secretary of Agriculture<br>and the U.S. Dept. Of Agriculture<br>1400 Pennsylvania Ave., S.W.<br>Stop 0506, Room 3621-S<br>Washington, D.C. 20250-0506<br>　　　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1077 (RWR)<br>(ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MERCEDEH MOMENI
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　(202) 305-4851
　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2006, I caused the foregoing Praecipe to be served on Plaintiff's Attorney, **Reed D. Rubinstein, Esq.,** via the Court's Electronic Case Filing system.

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851