# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC., | ) |
| | ) |
| Plaintiff, | )        Civil Action No. 06-1077 (RWR) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL JOHANNS and the UNITED | ) |
| STATES DEPARTMENT OF | ) |
| AGRICULTURE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE AND OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, attorney Peter J. Phipps of United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of defendants Michael Johanns and the United States Department of Agriculture in the above-captioned case.

By this filing, Mr. Phipps's appearance also substitutes for the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel for defendants.

Dated: July 14, 2006                    Respectfully submitted,

                                       PETER D. KEISLER
                                       Assistant Attorney General

                                       KENNETH L. WAINSTEIN
                                       United States Attorney

                                       JAMES J. GILLIGAN
                                       Assistant Branch Director

_____/s/ Peter J. Phipps_____
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants

2