UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC.,          ) ) ) | |
|      Plaintiff,                     ) | Civil Action No. 06-1077 (RWR) |

SINGLE STICK, INC.,                 )
                                    )
        Plaintiff,                  )            Civil Action No. 06-1077 (RWR)
                                    )
v.                                  )
                                    )
MICHAEL JOHANNS and the UNITED      )
STATES DEPARTMENT OF                )
AGRICULTURE,                        )
                                    )
        Defendants.                 )
                                    )

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Johanns and the

United States Department of Agriculture hereby move for an extension of time of 15 days to

answer or otherwise respond to plaintiff Single Stick's Complaint (Docket Entry #1).[1]  Due to a

transfer of this case within the Department of Justice and the vacation plans of counsel,

defendants seek an extension until August 30, 2006, to answer or otherwise respond to plaintiff's

complaint.   No previous extensions have been requested in this case.

For the foregoing reasons, Defendants' Motion for an Extension of Time should be

granted, and defendants should have until August 30, 2006, to answer or otherwise respond to

plaintiff's complaint.

---

[1]  Pursuant to LCvR 7(m) (D.D.C.), undersigned counsel has conferred with counsel for
plaintiff, who indicated that he was unable to consent to this Motion.

Dated: August 9, 2006                       Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            KENNETH L. WAINSTEIN
                                            United States Attorney

                                            JAMES J. GILLIGAN
                                            Assistant Branch Director

                                               /s/ Peter J. Phipps
                                            PETER J. PHIPPS
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            Tel: (202) 616-8482
                                            Fax: (202) 616-8470
                                            peter.phipps@usdoj.gov

                                            Mailing Address:
                                            Post Office Box 883
                                            Washington, D.C.  20044

                                            Courier Address:
                                            20 Massachusetts Ave., N.W.
                                            Washington, D.C. 20001

                                            Attorneys for Defendants