UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1077 (RWR) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL JOHANNS and the UNITED ) | |
| STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendants. ) | |

**Proposed ORDER**

Defendants' Motion for an Extension of Time having come before the Court, and the Court having considered that motion, it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that defendants shall have until August 30, 2006, to answer or otherwise respond to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE