IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC.<br>2046 W Rose Garden Lane<br>Phoenix, Arizona  85027<br><br>      Plaintiff<br><br>v.<br><br>MICHAEL JOHANNS, Secretary of Agriculture,<br>and the UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br>1400 Pennsylvania Avenue, S.W.<br>Stop 0506<br>Room 3621-S<br>Washington, D.C.  20250-0506<br><br>      Defendants | Case Number: 1-06CV01077<br>Judge: Richard W. Roberts<br>Deck Type: Administrative Agency<br>              Review<br>Date Stamp: 06/13/2006 |

## AFFIDAVIT IN SUPPORT OF DEFAULT

Plaintiff, SINGLE STICK, INC., through its counsel, Greenberg Traurig LLP, submits this affidavit of default.

1.  I hereby certify this 21st day of August, 2006, that I am the attorney of record for the plaintiff in the above-entitled case.

2.  Defendants Michael Johanns and the United States Department of Agriculture were personally served on June 13, 2006. An answer or other pleading was due on August 14, 2006.

3.  Defendants filed a motion for extension of time on August 9, 2006. This motion has not been granted, and the time for filing has expired.

4.  The defendants are neither infants nor incompetent persons.

WDC 371338163v1 8/21/2006

WHEREFORE, the Clerk is requested to enter a Default against said defendants.

Respectfully submitted,
SINGLE STICK

<u>400153</u>
Bar Id Number

Reed D. Rubinstein
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3100

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of August, 2006 to:

Peter J. Phipps
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

                                                    Reed D. Rubinstein