# Exhibit 3

**Tobacco Transition Payment Program**

The Tobacco Transition Payment Program (TTPP), also called the "tobacco buy-out," helps tobacco quota holders and producers transition to the free market.

The Fair and Equitable Tobacco Reform Act of 2004 (P.L. 108-357), signed by President Bush on Oct. 22, 2004, ended the Depression-era tobacco quota program and established the TTPP. The program provides annual transitional payments for 10 years to eligible tobacco quota holders and producers. Payments began in 2005 and continue through 2014. Payments are funded through assessments of approximately $10 billion on tobacco product manufacturers and importers.

Download TTPP Contracts Listing
(TXT) 25MB 12/25/2006

Note: An updated version of this file will be available here every Monday. Please look for the date of the file to ensure you are getting the newest available.

## Tobacco Legislation

- Tobacco Transition Payment Program Final Rule (PDF 162K) (4-04-05)
- The Fair and Equitable Tobacco Reform Act of 2004
- Tobacco Transition Assessments Final Rule (PDF or TXT) (2-10-05)
- Tobacco Transition Assessments Final Rule Cost Benefit Analysis (PDF)
- IRS Clarifies Tax Treatment of USDA Tobacco Payments to Quota Holders (HTML)
- Federal Register Notice Successor-in-Interest Contracts and Request for Comments (PDF)

Last Updated: 1/22/2007

