# Exhibit 4

| | |
|---|---|
| **Answer ID** | |
| 190 | |
| **Select a Category** | |
| Income Support Programs | |
| Tobacco Transition Payment Program | |
| Assessments | |
| **Date Created** | |
| 09/14/2005 02:34 PM | |
| **Last Updated** | |
| 04/25/2006 03:19 PM | |

**Explaining CCC cigar policy**

**Question**
Why does the CCC classify little cigars together in the same category as large cigars? And why does the CCC use tax data to calculate assessments for all classes except cigars, which use volume data?

**Answer**
The FETRA of 2004 specifies that "...the volumes of domestic sales shall be measured by—
(A) in the case of cigarettes and cigars, the number of cigarettes and cigars; and
(B) in the case of the other classes of tobacco products specified in subsection (c)(1), in terms of number of pounds, or fractions thereof, of those products."

For all products, excluding cigars, a constant tax rate per unit results in exactly the same calculation irrespective of whether volume or taxes paid is used in the formula. Since the tax rates for large and small cigars are vastly different, the use of taxes paid will not produce the same result as where volume is used as the unit of measurement for "volumes of domestic sales". Thus the Commodity Credit Corporation (CCC) determined to use taxes paid for all products except cigars. Cigar volumes are measured by the statutorily mandated "number of... cigars;...."

CCC's determination to use taxes paid for products other than cigars, resulted from extensive discussions, both in Washington, DC and Cincinnati, OH, with Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau (TTB), personnel. Taxes are paid bi-weekly by tobacco product manufacturers on tobacco product removals and must be paid on or before specified dates. There is very little lag between the time of product removal and the tax remittance. Additionally, there is a highly punitive penalty for missing the payment date for taxes owed on tobacco product removals. Conversely, reports on volumes of removals are less timely; carry no penalty for errors, and according to TTB personnel, much less accurate.

CCC's need for timely corroborating data from TTB in order to ensure complete coverage of product manufacturers and accurate reporting by manufacturers to CCC, provided a compelling argument in favor of using taxes paid on those products for which there was no difference between the results based on taxes or volume of removals.

Concomitantly, it was clear that ultimately, CCC would not be able to depend solely on TTB tobacco product manufacturer data in order to administer the program in a timely manner and would need to receive data directly from manufacturers. The efficacy of TTB data is limited to verification of those data collected by CCC, and then only for taxes paid—not volumes.

The case for using taxes paid by importers, rather than volumes, for those products for which there was no difference in results between using taxes or volume of removals, was even more compelling. Data on taxes paid by importers is readily available, while documents containing import volume measurements are not compiled into a single report, nor are they available electronically. These documents are maintained as hardcopy and each represents a single instance of importation of a tobacco product. The volume of reports for a single 3-month reporting period is immense.

CCC determined that only direct collection of data from importing


EXHIBIT 4

companies would enable it to carry out the program in a timely and efficient manner. However, the availability of TTB tax data again provides a benchmark against which to gauge the accuracy of data collected by CCC. TTB does not compile importer volume data for any tobacco products from individual importer reports.

Since tax rates differ for small and large cigars, taxes paid do not substitute for volume data, as in the case of all other tobacco products. Given the statutory mandate to use volume data for cigars, CCC determined to use volume, rather than taxes paid, as the metric for calculating market shares in the cigar product category.