# Exhibit 5

## AFFIDAVIT OF JAMES DEER, ESQ.

Affiant JAMES DEER, ESQ. swears and affirms as follows.

1. My name is James Deer. I am the Secretary and Legal Counsel for appellant Single Stick, Inc. (SSI). I have personal knowledge of the matters set forth below, am a competent adult over the age of 18, and believe in the obligations of an oath.

2. SSI's Memorandum in Support of its Motion for Summary Judgment contains a chart reporting data on cigar weights, wholesale and retail prices, tax rates, and assessment rates.

3. I prepared this chart, using figures obtained by SSI staff and/or by me directly, verified its accuracy, and provided it to our legal counsel.

Further affiant says not.

_____
James Deer

STATE OF Arizona        )
                        ) ss:
CITY OF Phoenix         )

Subscribed and sworn to before me in my presence, this 24th day of January 2007.

_____
Notary Public

OFFICIAL SEAL
JUDY A. ARMSTRONG
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 1, 2009

My Commission Expires: 4/1/09

EXHIBIT

WDC 371378876v1 1/24/2007