UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **SINGLE STICK, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1077 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL JOHANNS and the UNITED STATES DEPARTMENT OF AGRICULTURE,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) ) | |

**Proposed ORDER**

Defendants' Expedited Motion for an Extension of Time to Respond having come before the Court, and the Court having considered that motion, for good cause shown it is hereby

ORDERED that the motion is granted.

IT IS FURTHER ORDERED that defendants shall have until thirty (30) days from the resolution of defendants' Motion to Dismiss (Docket #8) to respond to plaintiff's Motion for Summary Judgment (Docket #11).

ALTERNATIVELY, IT IS ORDERED that defendants shall have an extension of sixty (60) days to respond to plaintiff's Motion for Summary Judgment, i.e., until April 23, 2007.

_____
UNITED STATES DISTRICT JUDGE