UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SINGLE STICK, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1077 (RWR) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL JOHANNS and the UNITED ) | |
| STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR EXPEDITED MOTION
FOR AN EXTENSION OF TIME TO RESPOND**

Defendants Michael Johanns and United States Department of Agriculture (collectively "USDA") have moved on an expedited basis to extend their time to respond to Plaintiff Single Stick's Motion for Summary Judgment until 30 days after a decision on USDA's Motion to Dismiss. (See Docket #12). Plaintiff opposes this request, but has consented to the alternative relief USDA seeks – an extension of 60 days.

Despite this agreement as to the alternative relief, USDA's primary request for an extension is in the best interests of judicial economy and should be granted. USDA's proposal conserves resources – if plaintiff has no legal grounds for its claims (as USDA contends), then the entire matter should be dismissed without the need for summary judgment briefing. And, without legal grounds to recover, plaintiff's complaint cannot be cured through factual amendment. Consequently, plaintiff's suggestion that it could cure any deficiency by amending its complaint is not true.

Moreover, plaintiff's assertion that USDA's motion to dismiss should be converted to a summary judgment motion is incorrect. It is well-established that exhibits attached to a

complaint may form a basis for dismissal of the complaint.  See E.E.O.C. v. St. Francis Xavier Parochial Sch., 117 F.3d 621, 624 (D.C. Cir. 1997)  ("In determining whether a complaint fails to state a claim, we may consider only the facts alleged in the complaint, *any documents either attached to or incorporated in the complaint* and matters of which we may take judicial notice." (emphasis added)).  Because USDA's motion to dismiss relies on such permissible grounds in seeking relief, it is not converted to a summary judgment motion.

In sum, it is most economical to resolve the motion to dismiss before requiring full briefing on summary judgment.  For that reason, the primary relief sought in USDA's motion for extension of time, i.e., an extension until after resolution of the pending motion to dismiss, should be granted.

Dated: February 20, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES J. GILLIGAN
Assistant Branch Director

   /s/ Peter J. Phipps
PETER J. PHIPPS
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8482
Fax: (202) 616-8470
peter.phipps@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:

20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorneys for Defendants