# Exhibit 1

# Calculation of Initial Assessments for Each Class of Tobacco Under Section 625 (c)

| Product | 2003 Calendar Year Amount[1] | | | Maximum Tax Rate[2] | Estimated Taxes | Allocation by class(%) |
|---|---|---|---|---|---|---|
| | Domestic | Imports | Total | | | |
| Cigarettes: small (#) | 377,241,580,953 | 23,085,086,000 | 400,326,666,953 | $19.50/thou | 7,806,370,006 | 96.331 |
| Cigarettes: large (#) | 0 | 0 | 0 | $40.95/thou | 0 | 0 |
| Cigars: small (#) | 2,301,972,488 | 172,369,000 | 2,474,341,488 | $1.828/thou | 4,523,096 | 0.056 |
| Cigars: large (#) | 4,018,523,214 | 514,566,000 | 4,533,089,214 | $48.75/thou | 220,988,099 | 2.727 |
| Snuff (lbs) | 74,700,715 | 8,369 | 74,709,084 | $0.585/lb | 43,704,814 | 0.539 |
| Chewing tobacco (lbs) | 45,906,067 | 174,399 | 46,080,466 | $0.195/lb | 8,985,691 | 0.111 |
| Pipe tobacco (lbs) | 4,155,205 | 698,086 | 4,853,291 | $1.0969/lb | 5,323,575 | 0.066 |
| Roll your own (lbs) | 11,353,137 | 1,254,008 | 12,607,145 | $1.0969/lb | 13,828,777 | 0.171 |
| Total | | | | | 8,103,724,058 | 100.001 |

[1] Source: Alcohol and Tobacco Tax and Trade Bureau, National Revenue Center, December 2003 *Monthly Statistical Release*, Re-issued August 19, 2004, Report Symbol TTB s 5200-12-2003. www.ttb.gov/tobacco/stats/index.htm.

[2] Source: Alcohol and Tobacco Tax and Trade Bureau, Tax and Fee Rate. www.ttb.gov/alcohol/info/atftaxes.htm.



EXHIBIT 1

## Tobacco Class Market Shares by Taxes Paid, 2001-2004

| Class | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|
| | | Percent | | |
| Small cigarettes | 96.839 | 96.674 | 96.331 | 95.999 |
| Large cigarettes | 0.000 | 0.000 | 0.000 | 0.000 |
| Small cigars | 0.048 | 0.051 | 0.056 | 0.066 |
| Large cigars | 2.328 | 2.443 | 2.727 | 2.978 |
| Snuff | 0.475 | 0.497 | 0.539 | 0.565 |
| Chewing tobacco | 0.112 | 0.110 | 0.111 | 0.104 |
| Pipe | 0.076 | 0.073 | 0.066 | 0.064 |
| Roll your own | 0.122 | 0.152 | 0.171 | 0.224 |

- FSA 31 -